**No. 10-5674. Jose Gallegos-Lopez, Petitioner v. United States.**

562 U.S. 934, 131 S. Ct. 335, 178 L. Ed. 2d 217, 2010 U.S. LEXIS 7642.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 103.